# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133310 & (56) (57)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FRANK VELIZ,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133310
COA: 265049
Oakland CC: 2003-188878-FC

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

                         Clerk